IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

               Plaintiff,

-vs-

KEVIN L. MARTIN,

               Defendant.

Criminal Action No.
25-00352-01-CR-W-BP

## MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGE**: Count One   Felon in Possession of a Firearm, *in violation of* 18 U.S.C. §§ 922(g)(1) and 924(a)(8)

**TRIAL COUNSEL**:

      Government: Jeffrey McCarther
          Case Agent:  Detective Slade Whetro
          Second Chair: AUSA/ SAUSA
          Paralegal
      Defense:     William Ermine
          Second Chair: Springfield Assistant Federal Public Defender

**OUTSTANDING MOTIONS**:  None

**ANTICIPATED MOTIONS**: None

**TRIAL WITNESSES**:

      Government:    3 with stipulations;  5-6   without stipulations
      Defense:       1 witnesses, including Defendant who     (   ) will
                                                      ( x ) may
                                                   (   ) will not testify

**TRIAL EXHIBITS**:

      Government:   25 exhibits
      Defense:      0   exhibits

**DEFENSES**:

      ( x )    defense of general denial
      (   )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:

      (   ) Definitely for trial                 (   ) Possibly for trial
      (   ) Motion to continue to be filed     ( X ) Likely a plea will be worked out

**TRIAL TIME**:   **1 and ½ to 2 days**
> Government's case including jury selection: 1 and ½ days
> Defense case: At most ½ day

**STIPULATIONS**:
> ( )   not likely
> ( )   not appropriate
> ( X )   Defendant's position not yet known as to:
>> ( )   chain of custody
>> ( )   chemist's reports
>> ( X )   prior felony conviction
>> ( X )   interstate nexus of firearm
>> ( X )   other: Admissibility of Government's exhibit's 1-21

**UNUSUAL QUESTIONS OF LAW**:   None

**FILING DEADLINES:**

> **Witness and Exhibit Lists**:
> Government: July 27, 2026
> Defense: July 27, 2026
> **Counsel are requested to list witnesses in alphabetical order on their witness list.**

> **Exhibit Index, Voir Dire, Jury Instructions**:   July 27, 2026
> **Jury instructions must comply with Local Rule 51.1**

> **Motions in Limine**: July 27, 2026

**TRIAL SETTING**: Criminal jury trial docket commencing August 10, 2026
> **Please note:** *Defense Attorney William Ermine and Government Attorney Jeffrey McCarther are only available during the first week of the August 10, 2026, trial docket.*

**OTHER**:
> ( )   A _____-speaking interpreter is required.
> ( )   Other assistive devices: _____

> **IT IS SO ORDERED.**

> _/s/ Jill A. Morris_____
> JILL A. MORRIS
> United States Magistrate Judge

2